UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF THE STATE OF NEW YORK
********************************************************************X

In RE

Case N. 25-23171

MARIE GISELE KAMANOU GOUNE

Debtor

Chapter 13

********************************************************************X

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

## REQUEST FOR ADDITIONAL TIME TO SUBMIT FORMS OR REVISE SUBMISSIONS

On December 26, 2025 I informed the Court that I was submitting a 300 pages document for its consideration (see ANNEX 1). Regrettably, the size limit of electronic files prevented me from sending all 16 batches of the said document. Nonetheless, I am requesting a copy of my file from the Department of Social Services (DSS) and will provide the Court with a hard copy upon receipt.

On December 19, 2025, DSS denied my request for emergency Public Assistance, Supplemental Nutrition Assistance and Medical Assistance. On January 6, 2026, I sought clarifications about the reasons provided for the denial from the Accreditations Office of the United States Mission to the United Nations (USUN) (ANNEX 2).

On January 12, 2025, as per the USUN's email of January 6, 2026, I provided the Accreditations Office information on my US non-immigration status (I-94, SSN and UN Laissez Passer) and asked whether that Office received from the United Nations notification that I was leaving my employment, a preliminary requirement to request for a change of status which, I hope, could then make eligible for DSS emergency assistance. (ANNEX 3)

I am kindly asking the Court, therefore, to afford me additional time to complete/revise my submissions until after I receive a reply from USUN Accreditations Office. In fact the information requested in the various forms are intricately linked to my actual US non-immigration status.

Dated: January 12, 2026

MARIE GISELE KAMANOU GOUNE
23 Muir Place, New Rochelle, NY 10801